DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MITCHELL T. WATSON,**
Appellant,

v.

**JULIA JONES,** secretary of **FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D18-2816

[June 27, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472018CA000240AXMX.

Mitchell T. Watson, Okeechobee, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***